May Term, 1822.

WOOD
v.
LEMON.

Thursday,
May 23.

## WOOD, Executor, *v.* LEMON, Administrator, in Error.

Thursday,
May 23.

IN assumpsit against an administrator, the declaration contained two counts. The first stated that commissioners, appointed by the Court, had found the administrator indebted to the plaintiff in a certain sum, on account of effects unadministered; and being so indebted, he had promised to pay. The second was for money had and received. Judgment by default. *Held*, that the damages should be assessed by a jury, not by the Court (1).

(1) Vide *Tannehill* v. *Thomas*, ante, p. 144, and note. If a declaration on a promissory note contain the money counts, and there be judgment by de-